WILLIE MERCER, Appellant, v DAVID O'CONNOR, Respondent. Memorandum: Appellant's affidavit in support of his motion fails to list his property with its value and fails to set forth sufficient facts so that the merit of his appeal can be ascertained *(see,* CPLR 1101 [a]). Present—Dillon, P. J., Doerr, Denman, Balio and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, v CORNELL BETHUNE, Defendant. Memorandum: A motion to extend the time to take an appeal must be made within one year after the time for taking an appeal has expired (CPL 460.30 [1]). Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.